IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN BRIAND,

    Plaintiff,

vs.                                      CASE NO. 4:06CV319-RH/AK

CITY OF TALLAHASSEE,
et al,
    Defendant.

_____/

## REPORT AND RECOMMENDATION

    The complaint in this cause has been pending since July 10, 2006. (Doc. 1). Plaintiff was granted leave to proceed IFP and directed to pay a partial filing fee on or before September 15, 2006. (Doc. 10). This Order was returned as undeliverable, but Plaintiff contacted the Court for an extension of time and advised of a name spelling problem that might have contributed to his mail being returned by the institution. (Doc. 12). The Court granted the extension of time, noted the name difference, and this Order, too, was returned as undeliverable. (Doc. 15). The Clerk obtained another address and re-mailed the Order, but this was also returned as undeliverable. (Doc. 17). Plaintiff then advised the Court of a change of address (doc. 19), and additional

time was granted to him to pay the partial filing fee. (Doc. 24). Plaintiff then filed a motion to proceed without having to pay the partial filing fee (doc. 25), which was denied. (Doc. 28). Despite the lack of a partial filing fee, the Court reviewed his original complaint in an effort to move this case along and advised Plaintiff of the deficiencies in his pleading with instructions to file an amended complaint and to submit the partial filing fee by January 18, 2007. (Doc. 28). This mail was returned as undeliverable with the notation that he was no longer at that facility (Leon County Jail). (Doc. 29). An Order to Show Cause was entered and mailed to the last known address on record (doc. 31), and this was returned as undeliverable. (Doc. 32).

This case is old with no viable complaint filed and no partial filing fee submitted and no current address.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with an order of this Court directing that he pay the partial filing fee and file an amended complaint and has not kept this Court advised of his current address. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of March, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.