**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOHN BRIAND,

      Plaintiff,

v.                                                                      CASE NO.  4:06cv319-RH/AK

CITY OF TALLAHASSEE et al.,

      Defendants.

_____/

**<u>ORDER OF DISMISSAL</u>**

This matter is before the court on the magistrate judge's report and

recommendation (document 34), to which no objections have been filed.  As set

forth in the report and recommendation, plaintiff has failed to keep the court

advised of his address, and mail directed to plaintiff at his prior address—the Leon

County Jail—has been returned as undeliverable.  The court's staff has conducted a

search of the Department of Corrections website and has been unable to find an

address for plaintiff.  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The clerk shall enter judgment stating, "This action is DISMISSED

without prejudice."  The clerk shall close the file.

SO ORDERED this 11th day of April, 2007.

s/Robert L. Hinkle

Chief United States District Judge